IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FRANKLIN LAMAR BACON,

    Plaintiff,

v.                             CIVIL ACTION NO.: CV612-053

UNITED STATES OF AMERICA;
TYSON STEPHENS; MR. MARTIE;
MS. FAY; and EMANUEL COUNTY
FEDERAL UNIT,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. Although Plaintiff fails to address the Magistrate Judge's recommendation that Plaintiff's Complaint be dismissed as barred by the statute of limitations, Plaintiff makes an assertion which the undersigned will address. Plaintiff objects to the undersigned presiding over this case. Plaintiff notes that the undersigned has presided over other cases he has filed, and if the undersigned were to continue to preside over this case, that may present a conflict of interest. Plaintiff presumably wishes for the undersigned to recuse himself.

"Any justice, judge, or magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a). The test of whether a judge should be recused under this section is whether "an

objective, disinterested, lay observer fully informed of the facts underlying the grounds on which recusal was sought would entertain a significant doubt about the judge's impartiality.'" United States v. Berger, 375 F.3d 1223, 1227 (11th Cir. 2004) (quoting United States v. Patti, 337 F.3d 1317, 1321 (11th Cir. 2003)). The undersigned relied on relevant case law and statutes in disposing of Plaintiff's previously filed cases, and an objective lay observer could not doubt the undersigned's impartiality. In addition, Plaintiff did not submit an affidavit setting forth any facts or reasons he believes the undersigned may have any prejudice against Plaintiff, as required under 28 U.S.C. § 144. Plaintiff's request for a recusal is **DENIED**.

Plaintiff's Objections are without merit and are overruled. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** based on his failure to state a claim for relief. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this _C/_ day of _Jan._, 2013.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA